EXHIBIT A
List of Religious Videos from ACC website

# Pretrial Intervention

## Alternative Choices Corporation

**"Helping Others Help Themselves"**

## ACC Video Menu

**Client #:** 9717

**Date:** 8/14/2013

**Name:** Benson Danny

| Video Id# | Video Title | Selection |
|---|---|---|
| 94 | Can I hear from God? | Select |
| 59 | Complacency | Select |
| 83 | Do I believe being a christian is a blessing ? | Select |
| 85 | Do I want my life to be hidden with christ in God? | Select |
| 78 | Do I want the nature of christ in my life? | Select |
| 64 | Do we have Gods vision or are you stuck on your own? | Select |
| 72 | God why is the church backing away from you? | Select |
| 41 | Have I carved out a way of salvation for myself ? | Select |
| 69 | Hearing the voice Of the lord | Select |
| 81 | How should we look at suffering? | Select |
| 26 | How to abide in the vine | Select |
| 82 | How to avoid the pittfall of receiving from God | Select |
| 68 | Is Pride Stealing Your Peace? | Select |
| 52 | Is there fear In your life ? | Select |
| 52 | Is there fear In your life ? | Select |

| 51 | Marriage boundaries Part 2 | Select |
| 51 | Marriage boundaries Part 2 | Select |
| 53 | Marriage Boundaries Part 3 | Select |
| 54 | Marriage Boundaries Part 4 | Select |
| 55 | Marriage Boundaries Part 5 | Select |
| 56 | Marriage Boundaries Part 6 | Select |
| 77 | Ordained Strength | Select |
| 90 | The mystery of bedience | Select |
| 80 | The Revelation Of Gods Love | Select |
| 58 | The sin we so easily forget | Select |
| 66 | The Unbelieving Heart of The Believer | Select |
| 96 | What are we lacking that stops the power of God from working in our life? | Select |
| 63 | What do value the most? | Select |
| 67 | What does God want us to do as his sons and daughters? | Select |
| 71 | What does our salvation do for God? | Select |
| 86 | What Is It About Us That Doesn't Want To Believe In God? | Select |
| 50 | What Is stealing our peace from us ? | Select |
| 89 | What prevents me from thinking on things above? | Select |
| 57 | What's holding us back from the victory of the lord ? | Select |
| 57 | What's holding us back from the victory of the lord ? | Select |
| 57 | What's holding us back from the victory of the lord ? | Select |
| 57 | What's holding us back from the victory of the lord ? | Select |
| 73 | When Will You Hear My Voice? | Select |
| 87 | Where would God find me if he came today and what would be in my heart? | Select |
| 40 | Why am I afraid to love? | Select |
| 4 | Why are we not eating from the good of the land? | Select |

| 49 | Why are we so stubborn | Select |
| 12 | Why Can't We Wait? | Select |
| 75 | Why Can't I Mature In The Lord? | Select |
| 93 | Why Does Satin Want Us To Think Life Is Easy Without God? | Select |
| 93 | Why does satin wants us to think life is easy without God? | Select |
| 79 | Why don't I think the promises of God are precious ? | Select |
| 79 | Why don't I think the promises of God are precious ? | Select |
| 79 | Why Don't i Think The Promises Of God Are Precious? | Select |
| 79 | Why Don't I Think The Promises Of God Are Precious? | Select |
| 98 | Why Don't We Give The Lord Our All? | Select |
| 88 | Why Don't We Hope In Jesus? | Select |
| 97 | Why Don't We Obey The Lord? | Select |
| 91 | Why Don't We Obey The Lord? | Select |
| 65 | Why Don't We Trust The Lord? | Select |
| 95 | Why is it so hard for us to wait on the lord? | Select |
| 45 | Why is there unbelief in your heart? | Select |
| 61 | Why Isn't The Joy of The Lord Your Strength? | Select |
| 92 | Why Isn't The Joy Of The Lord Your Strength? Part 2 | Select |
| 60 | Will I hear the voice of GOD ? | Select |

**Return**

EXHIBIT B
Frequently Asked Questions from ACC website

# Frequently Ask Questions

- **Orientation**
- **Penalties - Suspension - Termination**
- **Payments and Balances**
- **Scheduling Sessions**
- **Exiting Program**
- **Misc. Questions**
- **Audit Requests**

## Orientation

**Q. I was told to call ACC within 24 hours of leaving court, what is this program about?**

**A.** This is an alternative disposition program.  If you complete the program, your case will be dismissed. Please review the website for more information.

**Q. What will happen if I do not participate in this program?**
**A.**  You will return to Court and your case will be prosecuted as though never referred to ACC.

**Q. Is there an enrollment fee?**
**A. Yes**

**Q. What if I don't have the enrollment fee?**
**A. You must attend Orientation regardless of whether you have the enrollment fee.**

**Q: What information is provided in Orientation?**
**A:  Program overview, costs, rules of participation, penalties, etc. are all provided in Orientation.**

**Q. How long does orientation last?**
**A. Two (2) hours**

**Q. How much does this program cost?**
**A. All program costs are reviewed at Orientation.**

**Back**


## Penalties - Suspension - Termination

**Q. How did I get a penalty?**
**A. Penalties are the result of non-compliance with program requirements. The**
     **timeframe for which you penalized yourself is based on failure to come, call,**
     **or pay as agreed.**

**Q. How do I check my Audit report?**
**A. Please see the Audit Report instructions on the website. After you log in, click**
     **the Help button and look for the Audit instructions.**

**If you need assistance after following the directions, please do the following.**
**1. E-mail Support@pretrialintervention.com.**
**2. Subject: Audit Report Help / User ID**
**3. Message: Provide your full name / phone number, and state the specific problem**
    **with as much detail as you can. ACC Support personnel will respond as soon as possible.**

**Q. How did I get suspended?**
**A. Suspension results from an imbalance of physical program activity to payment.**
     **You have attended more sessions than you have paid for. Once you meet the**
     **payment requirement, you may continue the physical program.**

**Q. How do I re-instate?**
**A. Complete the re-instatement application and complete the**
     **re-instatement process.**

**Back**

## Payments and Balances

**Q. How much is my payment?**
**A. This depends on your payment agreement.**

       Weekly payment goal or Bi-weekly payment goal. You must
       pay something either weekly or bi-weekly.

   Q. What is my balance?
   A. Add up your receipts to see what you have already paid, subtract that
        amount from the fee provided at Orientation and any penalties on your
        Audit Report, and that should give you your balance.

   Q. Did you receive my online payment?
   A. On-line payments take 3-7 business days to process.

   Q. Can I come and make a payment Monday - I don't have funds today?
   A. Yes - but if you missed your scheduled payment, you will be penalized.

   Q. What if I can't afford to pay the full amount for the program?
   A.  Provide proof of household income to see if you qualify for the
        Merit Program.

   **Back**

## Scheduling Sessions

   Q. What if I don't have a computer at home?
   A.  You may use any public library computer.

   Q.  Can I come to your office and schedule my sessions?
   A.  No, please use a public library computer.

   Q.  How do I schedule sessions?
   A.  **Scheduling Instructions** are on the website.

   Q.  I scheduled a session but it did not save - what should I do?
   A.  Please review the **Scheduling instructions** on the website. After you log in,
         click the Help button and look for the **Scheduling instructions.**

   If you need assistance after following the directions, please do the following.

   1. E-mail **Support@pretrialintervention.com**.
   2. Subject: Scheduling Help / User ID
   3. Message: Provide your full name / phone number, and state the specific
       problem with as much detail as you can. ACC Support personnel will
   respond
       as soon as possible.

   Q.  How do I re-schedule a session?
   A.  Use the scheduling process but wait 24 hours for the system to update.

   Q.  How long does each session last?
   A.  Sessions vary from one (1) to four (4) hours.

Case 1:13-cv-02731-RWS   Document 3-1   Filed 09/23/13   Page 9 of 19

Q. Can I come to a session if I don't schedule it first?
A.  If room is available, you may attend.  You will penalize yourself for not
     scheduling in advance. Once you pay the penalty, you will get credit for
     attending the session.

Q.  What if I schedule a session and my name is not on the list will I still
      get credit?
A.  Yes

Q.  How far in advance do I have to schedule a session?
A.  24 hours

Q.  Where are sessions held?
A.  Report to the ACC site.

Q.  I scheduled a session for tonight but I cannot come because ....

A.  You will penalize yourself unless you have an emergency. You may
      re-schedule the session. Bring proof of the emergency to the
      re-scheduled session.

Q. How many sessions do I have to attend?
A. As stated in Orientation, there are sixteen (16) required activities.

Q. How many videos/online sessions do I have to watch?
A.  A minimum of five (5) online sessions is required. You are not precluded
     from completing more than the required number.

**Back**

# Scheduling Instructions

1.  Select the check box for the session#  you are scheduling
     or rescheduling.
2.  Select the appropriate new date and new time for the
     session you wish to attend.
3.  Repeat steps 1 and 2 for each session# you wish to attend.
4.  When done click the SAVE button.
5.  Review the Confirmation Report, if not correct click
     Make Corrections to go back and start over.
6.  If Confirmation Report is correct, print the report.
7.  Click the DONE button (important!!)
6.  The new schedule will be updated in the system within 24 hours.

**Back**

# Exiting Program

**Q.  When may I schedule an exit interview?**
**A.  Once all required sessions are complete and all fees paid, complete the**
     **Exiting Exercise & Action Plan then call ACC to coordinate. Exit Interviews are       about one (1) hour long and scheduled between 10:30am and 3:00pm.**

**Q.  What should I do if I am not finished with all activities and my exit date is close?**
**A.  Call ACC for an extension prior to the exit date. Consequences of failing**
      **to complete on time are explained in Orientation.**

**Back**


## Misc. Questions

**Q.  May I inquire about my son/daughter?**
**A.  We can not speak with anyone other than the program participant.**

**Q.  I'm in the Y.E.S. Program - do I pay Y.E.S. or ACC?**
**A.  You pay ACC.**

**Q.  What are the ACC operating hours?**
**A.        Mon    10:30am – 5pm**
         **Tues    10:30am – 6:30pm**
         **Wed    10:30am – 6:00pm**
         **Thu      10:30am – 5:00pm**
         **Fri       10:30am – 6:30pm**

**Q. Where do I come for Community Service?**
**A.  Call Ms. Monica, Community Service Coordinator at 404-349-9415;**
       **report to the ACC site.**

**Q.  Does Community Service and the Saturday session count as two sessions?**
**A.  Community Service and the Saturday session must be scheduled on two (2)**
       **separate dates in order to count as two (2) sessions.**

**Q.  I checked-in online, does that count?**
**A.  Yes**

**Q.  I just made a payment. Why did I receive a call?**
**A.  ACC makes courtesy calls.**

**Q.  What if I have a problem with the spiritual aspect of the program?**
**A.  During Orientation, you had the right to opt out.  You always have the**
       **option to go to secular programming.**

**Q.  Will I be re-arrested if I am returned to Court?**

 A.  Re-arrest will be left to the discretion of the Court system.

**Back**

# Audit Requests

**Check List Before Requesting an Audit**

1. **On the week that you received a penalty did you have an activity? Yes or No?**

    A.  **If so, when day did you complete your activity?**

    B.  **What Type of Activity did you do?**

    C.  **Do you have proof of the activity that you did?**

2. **Did you schedule your activity outside of 24 hours?**

    A. **Did you sign in and check out after the completed activity?**

**If You Are Requesting an Audit Concerning a Payment**

1. **How did you make your payment?**

2. **If you are questioning an online payment have you allowed 7-10 days for your payment to process?**

   **A.  Is the cardholder you the participant or someone else?  If the cardholder is different
        you must provide us with the person's name.**

   **B.  Do you have an online confirmation as well as a bank statement that clearly shows
        the payment was made to ACC?**

**In order to dispute an online payment, you must submit both the confirmation that you received online showing that you attempted make an online payment with the date of your transaction on it as well as your bank statement showing that the payment has been paid to ACC.**

**If you are questioning a payment that was mailed please provide us with the address that you mailed your payment to as well as the date you mailed it.  You will also need to allow 7 days for your payment to be processed.**

**In order to request an Audit Review you must Print out your audit report and submit it as soon as you are aware that you have a penalty.  You must be as Specific as possible about why you should not have been penalized.  You must submit supporting documentation and or proof that you completed which**

**ever activity you did.  You must be able to answer the above questions concerning the reason that you are requesting an audit.  Please be mindful that if you are caught Gaming you will be penalized and or Terminated.**

**Back**

EXHIBIT C
ACC's Program Requirements

Benson, Danny

Schedule Session
Pretrialintervention.com
ACC -404/349/9415
P.O. Box 310735
Atlanta Ga. 31131

Log into the system use your Id Number ___9717___
Password is **ACC** in all capital letters
You have **8** Group Sessions, **5** Videos (watched at home or library, **NOT** at the office), visit the **APEX** museum, and minimum of **8** hours **community service**. That will be your **15** activities and number **16** will be your exit. You have to submit your success plan(completed) before you can schedule an exit! This program is **90 days**. You may extend if needed before your actual time is up to avoid a fee of $50. To schedule sessions click on schedule session then click the metro calendar link to view the sessions available, choose your session and enter **TIME** and **DATE** of the session or videos in the **NEW DATE NEW TIME** section and the title of each session ex. Group, video, comm serv, etc.
Save it, hit **DONE**! It should send you back to the previous page and then you are finish.
Wait **24** hours to Reenter the system again after you put your information in the system.
If you don't wait **24** hours, the information you entered will be ERASED!!
Everything has to be scheduled **24** hours in ADVANCE before you are able to attend each session. If you choose to show up anyway there will be a fee. You have to sign **IN** and **OUT** of each session. The night sessions you have to call after to check in.
When watching your videos, you will need to view the entire video to get credit.

You have to make a comment after each video session, it needs to be at least a paragraph to get credit and SAVE IT!
You can check your **Audit** if you have concerns about your program and penalties. If you have to reschedule a session you need to do that 24 hours in advance to avoid a penalty. NEW DATE and NEW TIME is where you need to put the new information.
At the bottom you will MAKE CORRECTIONS hit that then it's done, give It 24hours to post! There is a help tab on the web site and the frequently asked questions section you can read to better understand the program. The call to check in link **is not an activity**. You will have to complete both activities a week to comply with the program. If you complete all activities early **you must** still check in weekly.

**You must complete at least one activity a week to avoid penalties and Termination !!**

EXHIBIT D
ACC's Bible Study Guides

# GRACE, THE TURNNING POINT OF MY LIFE

It has been said that the grace of God is for the mistakes of our life, but I have found that the grace of God has greater purpose. The grace of God has the ability to impact and change our lives for the good. The grace of God is not just here to cover up our sins; it is here to help us remove them from our lives. When we don't understand a thing, abuse is inevitable. Paul came to this revelation in his life, and he begins to work out his life by this principle.

**1 Cor. 15:10**

¹⁰But by the grace of God I am what I am: and his grace which was bestowed upon me was not in vain; but I laboured more abundantly than they all: yet not I, but the grace of God which was with me.

Here he says that the grace of God was with him, and empowered him to work; and this work, by the grace of God brought forth bigger and better results for him. We have been instructed to grow in grace, to use this grace on purpose; not for our mistakes. When grace is used the proper way, it will:

- Increase our knowledge of Jesus as both Lord and Saviour
- Release glory unto him, both now and for ever

**2 Peter 3:18**

¹⁸But grow in grace, and in the knowledge of our Lord and Saviour Jesus Christ. To him be glory both now and for ever. Amen

**Titus 2:11-13**

For the grace of God that bringeth salvation hath appeared to all men, ¹²Teaching us that, denying ungodliness and worldly lusts, we should live soberly, righteously, and godly, in this present world; ¹³Looking for that blessed hope, and the glorious appearing of the great God and our Saviour Jesus Christ;

Here he said that the grace of God has some specific purposes which are:

1. To bring salvation, or deliverance; to all men
2. To teach us how to
   - Deny ungodliness
   - Deny worldly lust
   - Live soberly
   - Live righteously
   - Live godly
   - Live in this present world
   - Look for that blessed hope; which brings Jesus on the scene

**Acts 20:32**

³²And now, brethren, I commend you to God, and to the word of his grace, which is able to build you up, and to give you an inheritance among all them which are sanctified. → *let apart!*

The word of his grace is able to:

- Build you up  *Power in Grace*
- Give you an inheritance
- Move you to your proper place, among them that are sanctified

**Gal. 2:20, 22**

²⁰I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.
²¹I do not frustrate the grace of God: for if righteousness come by the law, then Christ is dead in vain.

The apostle Paul had to come to a place that he did not to continue to frustrate the grace of God; he began to work with God's plan and not against it. God wants us to:

- Receive the grace of God
- Apply the grace of God
- Grow in the grace of God
- Release the grace of God
- Display glory
- Walk in victory
- Live in power

## MAKE GRACE THE TURNNING POINT OF YOUR LIFE

*Hebrews 2:6 → CROWNED W GLORY & HONOR*

*Sept 17, 2011 Stone Lee*

## HOLD ON TO THAT WORD

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

"Life, liberty and the pursuit of happiness". These words are some of the most profound words in the English language and considered by some as part of one of the most well crafted, influential sentences in American history. As we look at them please take note that in order for them to have any effect, they must start in equality. This equality is self evident; no one can stop it, and no one can start it; it is given by "Their Creator". My connection to that Creator brings with it endowments and certain benefits that are steadfast and unchangeable.

### Col. 3:1 - 10

If ye then be risen with Christ, seek those things which are above, where Christ sitteth on the right hand of God. [2]Set your affection on things above, not on things on the earth. [3]For ye are dead, and your life is hid with Christ in God. [4]When Christ, who is our life, shall appear, then shall ye also appear with him in glory. [5]Mortify therefore your members which are upon the earth; fornication, uncleanness, inordinate affection, evil concupiscence, and covetousness, which is idolatry: [6]For which things' sake the wrath of God cometh on the children of disobedience: [7]In the which ye also walked some time, when ye lived in them. [8]But now ye also put off all these; anger, wrath, malice, blasphemy, filthy communication out of your mouth. [9]Lie not one to another, seeing that ye have put off the old man with his deeds; [10]And have put on the new man, which is renewed in knowledge after the image of him that created him:

Again, we see here that the connection; both in my heart and in my mind, with my creator will reveal:

1. My life
2. My glory

If I don't find my life, I won't have any liberty, and I will not pursue my happiness. My freedom, which is a self-evident truth, first must be maintained by this relationship between me and my creator. Then and only then will it produce the certain rights that among these are Life, Liberty and the pursuit of Happiness.

### 1 Peter 1:3 – 9

[3]Blessed be the God and Father of our Lord Jesus Christ, which according to his abundant mercy hath begotten us again unto a lively hope by the resurrection of Jesus Christ from the dead, [4]To an inheritance incorruptible, and undefiled, and that fadeth not away, reserved in heaven for you, [5]Who are kept by the power of God through faith unto salvation ready to be revealed in the last time. [6]Wherein ye greatly rejoice, though now for a season, if need be, ye are in heaviness through manifold temptations: [7]That the trial of your faith, being much more precious than of gold that perisheth, though it be tried with fire, might be found unto praise and honour and glory at the appearing of Jesus Christ: [8]Whom having not seen, ye love; in whom, though now ye see him not, yet believing, ye rejoice with joy unspeakable and full of glory: [9]Receiving the end of your faith, even the salvation of your souls.

Because of his mercy we can find our inheritance; that is incorruptible, and undefiled, and that fadeth not away, reserved in heaven for you, as we are kept by the power of God through faith.

# CONDEMNATION, IT'S NOT FOR ME

**Romans 8**

$^1$There is therefore now no condemnation to them which are in Christ Jesus, who walk not after the flesh, but after the Spirit. $^2$For the law of the Spirit of life in Christ Jesus hath made me free from the law of sin and death. $^3$For what the law could not do, in that it was weak through the flesh, God sending his own Son in the likeness of sinful flesh, and for sin, condemned sin in the flesh: $^4$That the righteousness of the law might be fulfilled in us, who walk not after the flesh, but after the Spirit. $^5$For they that are after the flesh do mind the things of the flesh; but they that are after the Spirit the things of the Spirit. $^6$For to be carnally minded is death; but to be spiritually minded is life and peace. $^7$Because the carnal mind is enmity against God: for it is not subject to the law of God, neither indeed can be. $^8$So then they that are in the flesh cannot please God. $^9$But ye are not in the flesh, but in the Spirit, if so be that the Spirit of God dwell in you. Now if any man have not the Spirit of Christ, he is none of his. $^{10}$And if Christ be in you, the body is dead because of sin; but the Spirit is life because of righteousness. $^{11}$But if the Spirit of him that raised up Jesus from the dead dwell in you, he that raised up Christ from the dead shall also quicken your mortal bodies by his Spirit that dwelleth in you. $^{12}$Therefore, brethren, we are debtors, not to the flesh, to live after the flesh. $^{13}$For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live. $^{14}$For as many as are led by the Spirit of God, they are the sons of God. $^{15}$For ye have not received the spirit of bondage again to fear; but ye have received the Spirit of adoption, whereby we cry, Abba, Father.

In these scriptures we see that one of the most powerful weapons that the devil will use is condemnation, please notice that Jesus does not want any condemnation in our lives. "There is therefore now no condemnation to them that are in Christ Jesus". This scripture should stop all condemnation that comes at me, and all condemnation that I would levy against anybody else; he said no condemnation. Jesus himself told us his position on condemnation in **John 3:16- 18**

$^{16}$For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life. $^{17}$For God sent not his Son into the world to condemn the world; but that the world through him might be saved. $^{18}$He that believeth on him is not condemned: but he that believeth not is condemned already, because he hath not believed in the name of the only begotten Son of God.

God sent Jesus here to remove condemnation so that we could come unto the father, but the devil will always use condemnation to impede our ability to walk in victory. When we walk in condemnation we will always walk in the flesh, when we walk in the flesh, we cannot walk in victory; this is a law. A law is something that works all of the time, it works that same way every time; the only way to stop a law is to find a higher, more powerful law, or you can combine two or more laws that will overcome the first law. The law of gravity says "what goes up must come down". But the law of thrust and lift will suspend the law of gravity; here we see that the law of the Spirit of life in Christ Jesus has made us free from the law of sin and death.

God wants the law of the Spirit of life in Christ Jesus to be fulfilled in us, who walk not after the flesh, but after the Spirit. When we walk after the flesh we will mind the things of the flesh, we will pay attention to the things that won't work, but when we walk after the Spirit, we will pay attention to the things that are done in the Spirit, and we will:

1. Be spiritually minded
2. Have life and peace
3. Please God

*Me, Be*
*God To*

**Gen. 1**
$^1$In the beginning God created the heaven and the earth. $^2$And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters.
$^3$And God said, Let there be light: and there was light.

*Aug 20, 2011    10:00 AM    BRO. Steve*